Glenda YENT *v.* STATE of Arkansas

655 S.W.2d 458

Supreme Court of Arkansas
Opinion delivered July 18, 1983

*Law Office of W. B. Putman,* by: *E. E. Maglothin, Jr.,* for appellant.

*Steve Clark,* Atty. Gen., by: *Theodore Holder,* Asst. Atty. Gen., for appellee.

PER CURIAM. Glenda Yent's motion for belated appeal is granted. E. E. Maglothin, Jr., her attorney of record, agrees to accept responsibility for failure to file the record timely. A copy of this per curiam is forwarded to the Committee on Professional Ethics in accordance with the practice we have heretofore established.